UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTIAN KELYN ROSAS VAZQUEZ

Petitioner,

v.

Case No.: 3:26-cv-6847

LUIS SOTO, Warden of the Delaney Hall
Detention Facility, JONATHAN FLORENTINO, in his
official capacity as ICE Deputy Field Office Director;
MARKWAYNE MULLIN, in his official capacity
as Secretary of Homeland Security, and TODD M.
LYONS, in his official capacity as Acting Director of
Immigration and Customs Enforcement, and
TODD BLANCHE, in his official capacity as
Acting Attorney General of the United States

**VERIFIED PETITON FOR
HABEAS CORPUS**

Respondents.

## MOTION TO DESIGNATE CASE AS CLOSED

Petitioner, through Counsel, requests that this Court close the above captioned Petition for Writ
of Habeas Corpus. Petitioner wishes to request Voluntary Departure with the Immigration Court
and return to his home country.

Dated: June 25, 2026

Respectfully submitted,

/s/ *Adam Solow*

**So Ordered this 26th day of June 2026**

Adam Solow, Esq.
Solow, Hartnett & Galvan, LLC
1601 Walnut St, Suite 1200
Philadelphia, PA 19102
Tel: (215) 437-0264
adam@shglawpa.com

**Honorable Michael A. Shipp, U.S.D.J.**

*Attorney for Petitioner*

## CERTIFICATE OF SERVICE